| | |
|---|---|
| 1 | FRITZ CLAPP  (SBN 99197) |
| | Attorney at Law |
| 2 | P.O. Box 2517 |
| | Beverly Hills, CA  90213 |
| 3 | Telephone:   888-292-5784 |
| | Facsimile:    888-467-2341 |
| 4 | E-mail:        mail@fritzclapp.com |
| | Attorney for Plaintiff ANNABOOKS, LLC |
| 5 | |
| 6 | Steven S. Kaufhold (SBN 157195) |
| | KAUFHOLD GASKIN GALLAGHER LLP |
| 7 | 388 Market Street, Suite 1300 |
| | San Francisco, CA 94111 |
| 8 | Telephone:   415-445-4621 |
| | Facsimile:    415-874-1071 |
| 9 | Email:         skaufhold@kaufholdgaskin.com |
| | Attorney for ISSUU, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNABOOKS, LLC**, | Case No.  3:20-cv-4271-CRB |
| Plaintiff, | **STIPULATION DISMISSING ACTION WITH PREJUDICE** : ORDER |
| v. | |
| **ISSUU, INC. and DOE 1 a/k/a "Medjitena Nadir"**, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 1, 2021

_____
FRITZ CLAPP
Attorney for Plaintiff ANNABOOKS, LLC

Dated: July 9, 2021

_____
STEVEN S. KAUFHOLD
Attorney for Defendant ISSUU, INC.

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: July 14, 2021

_____
CHARLES R. BREYER
United States District Judge